DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McKinney<br><br>Case Below:<br>174 N.C. App. 138 | No. 622PA05 | 1. AG's Motion for Temporary Stay (COA04-1653) | 1. Allowed<br>11/07/05 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>01/26/06 |
| | | 3. AG's NOA Based Upon a Constitutional Question | 3. Dismissed<br>ex mero motu<br>01/26/06 |
| | | 4. AG's PDR Under N.C.G.S. § 7A-31 | 4. Allowed<br>01/26/06 |
| | | 5. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Denied<br>01/26/06 |
| State v. Middlebrooks<br><br>Case Below:<br>174 N.C. App. 367 | No. 669P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1662) | 1. — |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>01/26/06 |
| | | 3. Def's PDR | 3. Denied<br>01/26/06 |
| State v. Oglesby<br><br>Case Below:<br>174 N.C. App. 658 | No. 683P05 | AG's Motion for Temporary Stay (COA04-1534) | Allowed<br>12/12/05 |
| State v. Pittman<br><br>Case Below:<br>174 N.C. App. 745 | No. 694P05 | AG's Motion for Temporary Stay (COA04-417) | Allowed<br>Pending determination of the State's PDR<br>12/19/05 |
| State v. Pitts<br><br>Case Below:<br>167 N.C. App. 372 | No. 027P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1636) | Denied<br>01/26/06 |
| State v. Roberson<br><br>Case Below:<br>174 N.C. App. 840 | No. 707P05 | AG's Motion for Temporary Stay (COA04-1645) | Allowed<br>12/21/05 |
| State v. Rogers<br><br>Case Below:<br>Halifax County<br>Superior Court | No. 373A00-2 | Def's PWC to Review the Order of Superior Court | Denied<br>01/26/06 |
| State v. Rogers<br><br>Case Below:<br>171 N.C. App. 367 | No. 685P05 | 1. Def's Motion for "NOA N.C.G.S. § 7A-31 (1)" (COA04-1168) | 1. Dismissed<br>ex mero motu<br>01/26/06 |
| | | 2. Def's Motion for "PDR (N.C.G.S. § 7A-31)" | 2. Denied<br>01/26/06 |